**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carole Tyre | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 24-13175 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
16 Sep 2024, 18:28:00, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322