IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :    Chapter 13
   Carole Tyre                                    :    Case No 24-13175-amc
Debtor                                              :
                                                    :

O R D E R

AND NOW, this __26th__ day of __Sept._____, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before October 7, 2024.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE