IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Carole Tyre,<br><br>U.S. Bank National Association<br>  Movant<br><br>vs.<br><br>Carole Tyre,<br>  Debtor | Case No. 24-13175-amc<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN

  U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI ("Movant"), by and through its undersigned counsel, files this

*Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 14), and states as follows:

  1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 9, 2024.

  2. Movant holds a security interest in the Debtor's real property located at 3706 Vader Rd, Philadelphia, PA 19154 (the "Property"), by virtue of a Mortgage.

  3. The Debtors filed a Chapter 13 Plan (the "Plan") on October 7, 2024 (Doc 14).

  4. The Plan proposes to pay Creditor's claim as a total debt claim, listing a total secured debt in the amount of $78,012.00 with an interest rate of 0.00%. Movant objects to the proposed interest rate of 0.00%. The current federal prime rate 8.00%. The failure to provide for post-filing interest is insufficient under *Till*.

  5. Additionally, the underlying loan matures in January 2026 – prior to the proposed

Plan's completion date. As such; pursuant to §1322(c); Movant requires the entire claim be paid in full through the Plan, and that the maturity not extend beyond month sixty (60) of the instant bankruptcy. Furthermore, Movant requires Debtor to maintain property taxes and insurance payments.

6. Movant has not yet filed a total debt proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the total secured debt amount is $81,629.73.

7. Therefore, Confirmation of the Plan should be denied until Debtor amend the Plan to properly treat Movant.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Brian Nicholas*
Brian Nicholas
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania 19106
8489994640

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Carole Tyre, | Case No. 24-13175-amc |
| U.S. Bank National Association,<br>　　　Movant<br><br>vs.<br><br>Carole Tyre,<br>　　　Debtor | Chapter 13 |

**CERTIFICATE OF SERVICE**

　　I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Debtor's Attorney
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Via First Class Mail:

Carole Tyre
3706 Vader Drive
a/k/a 3706 Vader Road
Philadelphia, PA 19154

                                                */s/ Brian Nicholas*
                                                Brian Nicholas
                                                Attorney for Creditor
                                                McCalla Raymer Leibert Pierce, LLC
                                                325-41 Chestnut Street, Suite 800
                                                Philadelphia, Pennsylvania 19106
                                                8489994640