United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13175-amc |
| Carole Tyre | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole Tyre, 3706 Vader Drive, a/k/a 3706 Vader Road, Philadelphia, PA 19154-3031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 20 2025 02:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 20 2025 02:36:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14924443 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 20 2025 02:42:12 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14924444 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14924445 | | Email/Text: ECF@fayservicing.com | Feb 20 2025 02:36:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234 |
| 14945832 | | Email/Text: BNCnotices@dcmservices.com | Feb 20 2025 02:36:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14924446 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 02:41:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14929677 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 20 2025 02:36:00 | U.S. Bank National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14924448 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14924449 | + | Email/Text: bankruptcy@sccompanies.com | Feb 20 2025 02:36:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14924450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2025 02:41:27 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14924452 | + | Email/Text: bankruptcy@sccompanies.com | Feb 20 2025 02:36:00 | Stoneberry, c/o Creditors Bankruptcy Services, PO |

Case 24-13175-amc   Doc 25   Filed 02/21/25   Entered 02/22/25 00:39:29   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 18 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 800849, Dallas, TX 75380-0849 |
| 14946973 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:42:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14924453 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14927199 | ^ | MEBN | Feb 20 2025 01:52:06 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14945585 | ^ | MEBN | Feb 20 2025 01:52:01 | U.S. Bank National Association, et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14924447 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14924451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Carole Tyre brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 19, 2025 Form ID: pdf900 Total Noticed: 18
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CAROLE TYRE<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 24-13175-AMC |

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 18, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge